UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| BRIAN JERMAINE WASHINGTON, | ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Case No. 18-cv-566-JMH |
| JENNIFER SAAD, | ) ) | |
| Respondent. | ) ) | **ORDER** |

\*\*\*

Brian Jermaine Washington filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 [DE 1]. The matter was referred to United States Magistrate Judge Hanly A. Ingram for initial scrutiny who has recommended dismissal of the petion [DE 5]. Although afforded the opportunity to do so, Washington has failed to respond. *See Thomas v. Arn*, 474 U.S. 140, 155 (1985).

Magistrate Judge Ingram outlined two bases for his recommendation. Both are correct, but the second of the two is the better of the two. Washington's state conviction became final for federal habeas review purposes on January 6, 2014, well before he filed his state post-conviction motion on April 23, 2014. Although a timely filed post-conviction motion can toll the federal limitations period, it cannot restart the clock once it has already run.

Accordingly,

**IT IS ORDERED** herein as follows:

(1) That Magistrate Judge Ingram's Report and Recommendation be, and the same hereby is, ADOPTED as the Opinion of the Court.

(2) That Washington's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 be, and the same hereby is, **DENIED**.

(3) That this action be, and the same hereby is, **DISMISSED and STRICKEN FROM THE DOCKET**.

(4) That no Certificate of Appealabiliy Issue for the reasons stated in Magistrate Judge Ingram's Report and Recommendation.

This the 3rd day of December, 2018.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge